JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRILLER FIGHT CLUB II LLC, a Delaware Limited Liability Company,<br>   Plaintiff,<br><br>    v.<br><br>ARVIN DE LA SANTOS, an individual; YOUR EXTRA, an unknown business entity; and DOES 1 through 10, inclusive,<br>   Defendant. | CV 21-4906 DSF (PVCx)<br><br><br>JUDGMENT IN FAVOR OF PLAINTIFF TRILLER FIGHT CLUB II LLC |

  The Court having granted a motion for summary judgment in part and having granted a request for statutory damages and attorneys' fees,

  IT IS ORDERED AND ADJUDGED that Plaintiff is awarded $150,000 in statutory damages and $20,626.25 in attorneys' fees for Defendants' copyright infringement, and that Plaintiff recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: November 16, 2022

Dale S. Fischer
United States District Judge